Magistrate Judge David W. Christel

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br><br>LEE MORELL | NO. MJ24-5020<br><br>UNITED STATES' MOTION  TO FILE A BRIEF IN EXCESS OF 4,200 WORDS<br><br>NOTE ON MOTION CALENDAR: April 22, 2024 |

The United States hereby seeks an order permitting the filing of a memorandum in support of extradition proceedings in excess of the 4,200-word count limitation prescribed in CrR 12(b)(5). Specifically, the United States seeks the Court's approval to file a memorandum of law in support of extradition that contains an excess of up to two

//

//

//

Motion to File Excess Pages - 1
*In re Extradition of Morrell,* MJ24-5020
USAO No. 2023R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

thousand additional words. The United States seeks this authorization because of the unique nature of extradition law.

DATED this 21st day of April, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*/s/ Joseph C. Silvio*
JOSEPH C. SILVIO
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
E-mail: joseph.silvio2@usdoj.gov

I certify that this pleading contains 75 words, in compliance with the Local Criminal Rules.

Motion to File Excess Pages - 2
*In re Extradition of Morrell,* MJ24-5020
USAO No. 2023R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970