Magistrate Judge David W. Christel

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| IN THE MATTER OF THE EXTRADITION OF<br><br>LEE MORELL | NO. MJ24-5020<br><br>[Proposed]<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF 4,200 WORDS |
|---|---|

The Court, having reviewed the Motion of the United States to File a Brief in Excess of 4,200 words, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED.  The United States may file its memorandum of law in support of extradition that does not exceed 6,200 words.

DATED this _____ day of April, 2024.

_____
DAVID W. CHRISTEL
Chief United States Magistrate Judge

PRESENTED BY:

*s/ Joseph C. Silvio*
JOSEPH C. SILVIO
Assistant United States Attorney

Order Permitting Excess Pages - 1
*In re Extradition of Morrell,* MJ24-5020

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970