The Honorable Judge David W. Christel

FILED ____ LODGED
____ RECEIVED

APR 2 3 2024

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IN THE MATTER OF THE
EXTRADITION OF

LEE MORRELL

NO. MJ24-5020

CERTIFICATION AND COMMITTAL
FOR EXTRADITION

Having held an extradition hearing on April 23, 2024, and after considering the evidence, in particular, the certified and authenticated documents submitted by the Government of the United Kingdom, and the pleadings and the arguments of both counsel, the Court finds and certifies to the Secretary of State as follows:

1. This Court has jurisdiction over, and the undersigned is authorized to conduct, extradition proceedings pursuant to Title 18 U.S.C. § 3184 and Local Rule MJR 1(c);

2. This Court has personal jurisdiction over Lee Morrell ("Morrell" or "Fugitive") who was found and arrested on February 9, 2024, in this District pursuant to a complaint filed by the United States in response to the request of Government of the United Kingdom for the arrest and extradition of the Fugitive;

Certification and Committal for Extradition - 1
In re Extradition of Morrell, MJ24-5020
USAO No. 2023R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The extradition treaty between the United States and the Government of the United Kingdom ("Treaty"),[1] was in full force and effect at all times relevant to this action;

4. The Lee Morrell sought by the United Kingdom authorities and the Lee Morrell arrested in this District for extradition and brought before this Court are one and the same person;

5. The Fugitive is sought by the authorities for trial in the United Kingdom for Bribery contrary to Section 2(3) of the Bribery Act 2010, and Misconduct in Public Office contrary to common law. The Government of the United Kingdom has jurisdiction over this criminal conduct;

6. The above referenced Treaty between the United States and the United Kingdom, pursuant to Article 2, encompasses the offenses for which the Fugitive is sought for trial and for which extradition is sought for prosecution;

7. The Government of the United Kingdom submitted documents that were properly authenticated and certified in accordance with the terms of the Treaty (Article 9).

8. There is probable cause to believe that the Fugitive before this Court, the same person identified in the extradition request from the Government of the United Kingdom, committed the offenses for which extradition is sought;

---

[1] Extradition Treaty Between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland, U.S.-U.K., Mar. 31, 2003, S. TREATY DOC NO. 108-23 (2004) and related Exchanges of Letters, *as amended by* the Instrument as contemplated by Article 3(2) of the Agreement on Extradition Between the United States of America and the European Union signed 25 June 2003, as to the application of the Extradition Treaty Between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland signed 31 March 2003, U.S.-U.K., Dec. 16, 2004, S. TREATY DOC. NO. 109-14 (2006), with Annex reflecting the integrated text of the operative provisions of the 2003 Treaty and the Instrument.

Certification and Committal for Extradition - 2
*In re Extradition of Morrell*, MJ24-5020
USAO No. 2023R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

9. The evidence before this Court is sufficient to provide a reasonable basis to believe that the person sought committed the offenses for which extradition is requested. This finding rests upon the documents submitted by the Government of the United Kingdom in this matter.

THEREFORE, pursuant to 18 U.S.C. § 3184, and the above findings, I certify the extradition of the Fugitive, Lee Morrell, to the United Kingdom, on all offenses for which extradition was requested, and commit the Fugitive to the custody of the United States Marshal pending further decision on extradition and surrender by the Secretary of State pursuant to 18 U.S.C. § 3186.

IT IS FURTHER ORDERED that the Clerk of this Court forward a certified copy of this Certification and Committal for Extradition, together with a copy of the evidence presented in this case, including the formal extradition documents received in evidence and any testimony received in this case, to the Secretary of State.

IT IS SO ORDERED.

DATED this 23rd day of April, 2024.

HON. DAVID W. CHRISTEL
United States Magistrate Judge
Western District of Washington

Presented by:

JOSEPH C. SILVIO
Assistant United States Attorney

Approved as to form:

HEATHER CARROLL
Assistant Federal Public Defender
Attorney for Lee Morrell

Certification and Committal for Extradition - 3
In re Extradition of Morrell, MJ24-5020
USAO No. 2023R01352

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970